21 September 2025

Dear Kirstin Clark,

    I'm writing this for Michael Brammer. I've been friends with Michael for forty years and to the best of my knowledge he has never been in trouble before. Sometimes in life good people make bad decisions. Michael Brammer made a bad decision and now he regrets it. Because of his bad decision, Michael has lost his family and jobs. I don't feel like he will make bad choices like this ever again. I feel that Michael does not need to be punished by imprisonment for his crime due to never being in trouble before.

Thank you for your time and consideration,

*Beverly Brown*

Beverly Brown

U.S. PROBATION OFFICE
COLUMBUS, OHIO

SEP 26 2025

Nancy Lowe
650 Thornbush Drive
Blacklick, Ohio 43004

September 15, 2025

United States Probation Office
Attn: Kristin Clark
85 Marconi Blvd
Room 546
Columbus, OH 43215

Re: Character Reference for Michael Brammer

Dear Ms Clark,

I am writing in support of Michael Brammer whom I have had the privilege of knowing for the past year and a half. In this time, I have witnessed significant and positive changes in his life, and I would like to respectfully offer this character reference as you consider his case.

When I first met Mike, he was at a point in his life where he was clearly working to overcome past challenges. Over the past year and a half, I have seen him take concrete steps toward becoming a responsible and contributing member of society. He has shown a consistent commitment to bettering himself, supporting those around him, and focusing on positive goals.

Mike has demonstrated responsibility, reliability, and genuine care for others. I have seen him dedicate himself to healthier habits and better choices. It is clear to me that he is trying to create a stable and productive future.

I believe that Mike has the determination and strength to continue on this path of growth. He has already proven, through his actions, that he is capable of change. In my opinion, allowing him the opportunity to remain as a productive member of society rather than serving prison time would give him the best chance to continue this positive progress and to contribute meaningfully to those around him.

Thank you for your time and consideration in reading my letter. I respectfully ask that you take into account the progress Mike has made and his potential to continue building a better life and family.

Sincerely,

Nancy Lowe
Friend of Michael Brammer
614-678-2415

## Stephanie Hernandez

| | |
|---|---|
| **From:** | Kristin Clark |
| **Sent:** | Thursday, September 25, 2025 2:10 PM |
| **To:** | Stephanie Hernandez |
| **Cc:** | Diane Stash |
| **Subject:** | FW: On behalf of Michael Brammer |

Hi Stephanie,

Please find below a support letter for Michael Brammer.

Thank you,

Kristin M. Clark
U.S. Probation Officer
Southern District of Ohio, Columbus
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215
Office: 614.719.3163
Cell: 614.361.4403
Fax: 614-955-7548

**From:** xtremexray@aol.com <xtremexray@aol.com>
**Sent:** Thursday, September 25, 2025 2:05 PM
**To:** Kristin Clark <Kristin_Clark@ohsp.uscourts.gov>
**Subject:** On behalf of Michael Brammer

**CAUTION - EXTERNAL:**

I have known Mike Brammer for for 30 plus years now. I first met Mike while being part of a Civil War reenactment group, with both of us sharing a strong interest in Civil war History. We became close friends during this time, and later I became his Best Man for his wedding. In all the years I have known Mike, I have never found him to be anything but a great Father, a loyal husband, and the type of guy who was always willing to help a friend.
 I just recently found out that Mike was involved in some questionable decisions during his time working for Ohio State, which without question left me floored that the guy I knew for so many years could have ever been involved with any part in wrong doings. I know that we are all human and find ourselves making bad decisions in life, some without realizing or being able to see the repercussions of such decisions. As a friend of Mike's, seeing this type of poor decision definitely is out of sorts for the guy I have grown to know.
 Whatever decision that is made in his behalf, I hope that the courts value the character in Mike, and not just see him as another individual taking advantage of the system. I know if he had it to do all over again, he would not make the same mistake twice.
  As a friend, and always will remain a friend
    With Regards, Karl W.

1

**Stephanie Hernandez**

| | |
|---|---|
| From: | Kristin Clark |
| Sent: | Monday, September 29, 2025 8:29 AM |
| To: | Stephanie Hernandez |
| Cc: | scranton@bsodefense.com |
| Subject: | FW: Michael Brammer |

Please find a letter from Mr. Brammer's sister below.

Kristin M. Clark
U.S. Probation Officer
Southern District of Ohio, Columbus
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215
Office: 614.719.3163
Cell: 614.361.4403
Fax: 614-955-7548

**From:** Lisa Gifford <lisagifford90@gmail.com>
**Sent:** Sunday, September 28, 2025 1:19 PM
**To:** Kristin Clark <Kristin_Clark@ohsp.uscourts.gov>
**Subject:** Michael Brammer

**CAUTION - EXTERNAL:**

To Whom It May Concern:

I am the sister of Mike, my name is Lisa McDaniels. My brother has great character, he is the eldest of three. Unfortunately my other brother passed and I depend on my big brother to help assist with my elderly mother.

My mother is in her eighties, our father Unfortunately has passed away. So it's just me and my brother to care for her needs.
She still is slightly active but now I'm observing memory and cognitive deficits.

I can't imagine myself without my brother to help tend to her needs in the very short future. Im a nurse by trade and I know the options we have but the only option we are taking is to keep her in her own home, her own familiar settings and I can't do it alone.

My brother has always been there for me and I've always looked up to him. He motivated me to become successful.

1

I just would like to plee to the court not to send him to prison because the only last parent we have may not be able to cope knowing he isn't with her in the last of the good days. I love my brother and I can't go thru the process of our mother heath decline.

Thank you

Lisa McDaniels

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## Stephanie Hernandez

| | |
|---|---|
| **From:** | Kristin Clark |
| **Sent:** | Wednesday, October 1, 2025 8:43 AM |
| **To:** | Stephanie Hernandez |
| **Cc:** | scranton@bsodefense.com |
| **Subject:** | FW: Michael Brammer |

Hi Stephanie,

I have another support letter for Michael Brammer below.

Thank you,

Kristin M. Clark
U.S. Probation Officer
Southern District of Ohio, Columbus
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215
Office: 614.719.3163
Cell: 614.361.4403
Fax: 614-955-7548

**From:** GeorgeAnne mathews <grmathews719@gmail.com>
**Sent:** Tuesday, September 30, 2025 10:09 PM
**To:** Kristin Clark <Kristin_Clark@ohsp.uscourts.gov>
**Subject:** Michael Brammer

**CAUTION - EXTERNAL:**

Your Honor,
   I write in support of Mr. Michael Brammer, whom I know through his partner, my longtime friend, Lisa Kusevitsky. I have known her for many years and can personally attest to her honesty, integrity, and strong character. Although my own experience with Michael is limited, I trust Lisa's judgment; she would never choose as a partner someone whose values she did not respect.
   From my observation, Michael and Lisa have built a strong, supportive relationship. I believe that Lisa's influence has helped him to commit to the hard work required to move forward on a better path. Michael acknowledges and deeply regrets his past mistakes, and I can see that he is determined to make lasting changes. I have also been impressed with how invested he is in building a stable home life with Lisa—for example, working hard to care for and improve their home, creating a comfortable and welcoming space, and taking pride in his accomplishments.
   Michael's willingness to accept responsibility, combined with his determination to work hard to succeed, combined with Lisa's strong influence and encouragement gives me confidence that he is charting a new course for his life.
   Thank you very much for the opportunity to share my perspective.

1

Very truly yours,
Georgeanne Mathews
5476 Nottinghamshire Lane
Westerville, Ohio 43981

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.