United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-
Michael Brammer

Case No. 2:22-cr-101

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 12/2/2025 at 11:00 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | David Twombly |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Peter Scranton |
| Interpreter | | Pretrial/Probation: | Kristin Clark |
| Log In | | Log Out | |

The defendant is sentenced to a term of 5 years probation on Count 1 of the Information.
The first 365 days of probation shall be served on home detention.
No fine.
A special assessment of $100 is imposed.
This case is subject to a Final Order of Forfeiture.
Drug testing is suspended.
The defendant is ordered to pay $671,041.00 to The Ohio State University jointly and severally with his codefendants.